UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | CIVIL NO. SA-21-CV-00066 |
| ) | |
| $63,760.00, MORE OR LESS, IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Respondent. ) | |

**ORDER FOR WARRANT OF ARREST OF PROPERTY**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on January 27, 2021, against the following property:

**$63,760.00, More or Less, in United States Currency**,

hereinafter the "Respondent Currency," alleging that the Respondent Currency is subject to forfeiture to the United States of America pursuant to Title 21 U.S.C. § 881(a)(6) for violations of Title 21 U.S.C. §§ 801, *et. seq.*; IT IS THEREFORE

ORDERED that a Warrant for Arrest of Respondent Currency issue as prayed for, and that the United States Marshals Service or its designated agent for the Western District of Texas, or any other law enforcement officer, or any other person or organization authorized by law to enforce the warrant, be commanded to arrest the Respondent Currency and to take actual or constructive possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil Procedure until further order of the Court, and to use whatever means may be appropriate to protect and maintain the Respondent Currency while in custody, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent

Currency and to make a return as provided by law.

SIGNED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE